IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01221-MJW

PAMELA M. BESSEY,

Plaintiff,

v.

ZIMMER HOLDINGS, INC., and
ZIMMER, INC.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion for Entry of Agreed Protective Order (docket no. 35) is GRANTED finding good cause shown. The written Protective Order (docket no. 35-1) is APPROVED as amended in paragraphs 9 & 11 and made an Order of Court.

Date: September 11, 2015