IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01221-MJW

PAMELA M. BESSEY,

Plaintiff,

v.

ZIMMER HOLDINGS, INC., and
ZIMMER, INC.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Attorney Shelby L. Myers's Unopposed Motion to Withdraw as Counsel (Docket No. 39) is GRANTED;

- Attorney Myers is WITHDRAWN as counsel of record for Defendants; and

- The Clerk of Court is DIRECTED to remove Attorney Myers from electronic service in this case.

Date: February 16, 2016