IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01221-MJW

PAMELA M. BESSEY,

Plaintiff,

v.

ZIMMER HOLDINGS, INC., and
ZIMMER, INC.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

In light of the Stipulation of Dismissal with Prejudice (Docket No. 41), it is hereby ORDERED that this case is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to pay its own costs and fees.

Date: March 17, 2016